Ray Charles McCASKILL, Appellant,

v.

STATE of Missouri, Respondent.

No. 41856.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 24, 1980.

William J. Shaw, Thea A. Sherry, Clayton, for appellant.

John Ashcroft, Atty. Gen., Paul Robert Otto, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for respondent.

REINHARD, Judge.

Movant appeals from the denial of his Rule 27.26 motion. The trial court held a hearing as to the effectiveness of movant's counsel in not perfecting an appeal. It found in favor of the State after hearing testimony of movant and his original trial counsel.

The judgment of the trial court is based on findings of fact which are not clearly

erroneous. No error of law appears and an opinion would have no precedential value.

The judgment is affirmed in compliance with Rule 84.16(b).

DOWD, P. J., and CRIST, J., concur.